# Third District Court of Appeal

## State of Florida

Opinion filed March 4, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-0182
Lower Tribunal No. 17-1358-CA-01

_____

**Amersham Enterprises, Inc., et al.,**
Appellants,

vs.

**Carlos Hakim-Daccach,**
Appellee.


An Appeal from the Circuit Court for Miami-Dade County, Beatrice Butchko-Sanchez, Judge.

Greenberg Traurig P.A., Irina Khasin, and David B. Weinstein (Tampa), for appellants.

Gordon Rees Scully Mansukhani LLP, David M. Gersten, and Joseph A. Sacher; Sequor Law P.A., Christopher A. Noel, Edward H. Davis, Jr., and Arnoldo B. Lacayo, for appellee.


Before SCALES, C.J., and FERNANDEZ and MILLER, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Amersham Enters, Inc. v. Hakim-Daccach</u>, 338 So. 3d 1068 (Fla. 3d DCA 2022).